# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| JOAN LICHTMAN, | : | No. 168 EAL 2022 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| ELIZABETH HERSH, SANDRA VASKO, | : | |
| SERGE LEVIN, ANN RUDNICK, JOYCE | : | |
| SACCO, MARY SCULLION, CAROL | : | |
| THOMAS, BRIGID TOMS, JONATHAN | : | |
| JUCKETT, LINDA DONOVAN-MAGDAMO, | : | |
| NICOLE SUMMERVILLE, CURTIS | : | |
| JORDAN, EDWARD FARRINGTON, | : | |
| DANIEL FEINBERG, M.D., JANEL DAVIS, | : | |
| AND GINA GENTILE, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 9th day of November, 2022, the Petition for Allowance of Appeal and the Application to Proceed In Forma Pauperis are **DENIED**.